**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

3150 Horton Road
Fort Worth, TX 76119

**RECEIVED**
MAY 4 2020
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

April 27, 2020

Honorable Elizabeth E. Foote
United States District Judge
Western District of Louisiana
Tom Stagg United States Court House
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101

          Re:    GRABENER, Donnie Vance
                   Reg. No. 20139-035
                   Docket No. 5:17-CR-00138-4

Dear Judge Foote:

We wish to advise you Mr. Donnie Vance Grabener, an inmate who was incarcerated at the Federal Medical Center in Fort Worth, Texas, died on April 25, 2020.

Mr. Grabener was sentenced in your court in the Western District of Louisiana to serve a 120-month sentence, with a Supervised Release Term of five years to follow, for Narcotics - Sell, Distribute, or Dispense – Conspiracy to Distribute, Methamphetamine with Forfeiture Notice, Unlawful Transport of Firearms, Etc. – Felon in Possession of Firearms with Forfeiture Notice.

On April 25, at 1:45 a.m., Mr. Grabener was pronounced dead at John Peter Smith Hospital in Fort Worth, Texas, as a result of acute respiratory failure, COVID-19 viral pneumonia.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature]*

Eric D. Wilson
Warden

GRABENER, Donnie Vance
Reg. No. 20139-035
Page 2

cc: Tiffany E. Fields
Assistant United States Attorney
Western District of Louisiana
Tom Stagg United States Court House
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101

Lisa Johnson, Chief
United States Probation Office
Federal Building
201 Jackson Street, Suite 304
Monroe, Louisiana 71201

J. Baltazar, Regional Director
South Central Region
Federal Bureau of Prisons
U. S. Armed Forces Reserve Complex
344 Marine Forces Drive
Grand Prairie, Texas 75051